IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BROADCAST MUSIC, INC.;
CHINQUAPIN MUSIC;
BOY ROCKING MUSIC;
WARNER-TAMERLANE
PUBLISHING CORP., et al,

        Plaintiffs,

  v.

Case No.: 14-cv-409

DP MANAGEMENT, INC. f/k/a
DP MANAGEMENT LLC d/b/a
ROPER'S SALOON;
FRED PAINE, JR., and
DAWN PAINE, each individually,

        Defendants.

## ENTRY OF DEFAULT

Plaintiffs have requested that the Clerk of Court enter default against defendants DP Management, Inc., Fred Paine, Jr. and Dawn Paine pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants DP Management, Inc., Fred Paine, Jr. and Dawn Paine have failed to appear, plead or otherwise defend, the default of defendants DP Management, Inc., Fred Paine, Jr. and Dawn Paine is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 22nd day of September, 2014.

                                              s/L. Kamke, Deputy Clerk
                                              PETER OPPENEER
                                              Clerk of Court
                                              United States District Court
                                              Western District of Wisconsin